AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-02276-MMH

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* PHOENIX DEBT PROS, INC.
was received by me on *(date)* 3/29/2024 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Charlotte Banice , who is designated by law to accept service of process on behalf of *(name of organization)* PHOENIX DEBT PROS INC c/o A Registered Agent Inc. 8 The Green, ste A, Dover, DE on *(date)* 4/9/2024 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 4/10/2024

*Server's signature*

Robert DeLacy, Process Server
*Printed name and title*

D. M. Professional Services
501 Silverside Rd, ste 72
Wilmington, DE 19809
*Server's address*

Additional information regarding attempted service, etc:

Service time - 11:00 a.m.