Case Name: Wilson v. Consumer Legal Group  Case Number: 1:24 02276 CV - (    ) (MMH)

# PROPOSED DISCOVERY PLAN/SCHEDULING ORDER

|  | DONE | NOT APPLICABLE | DATE |
|---|---|---|---|
| **A. ACTIONS REQUIRED *BEFORE* THE INITIAL CONFERENCE** | | | |
| 1. Rule 26(f) Conference held | X | | 6/24/24 |
| 2. Rule 26(a)(1) disclosures exchanged | X | | 9/15/24 |
| 3. Requested: | | | |
|    a. Medical records authorization | | x | |
|    b. CPL § 160.50 releases for arrest records | | x | |
|    c. Identification of John Doe/Jane Doe defendants | | X | |
| 4. Procedures for producing Electronically Stored Information (ESI) discussed | | | |
| 5. Protective Order to be submitted for court approval (see Standing Protective Order on the Chambers website) | | X | |
| **B. SETTLEMENT PLAN** | | | |
| 1. Plaintiff to make settlement demand | X | | 10/15/24 |
| 2. Defendant to make settlement offer | X | | 10/30/24 |
| 3. Referral to EDNY mediation program pursuant to Local Rule 83.8? (If yes, enter date for mediation to be completed) | | x | |
| 4. Settlement Conference (proposed date) | x | | 11/19/24 |
| **C. PROPOSED DEADLINES** | | | |
| 1. Motion to join new parties | | | 11/30/24 |
| 2. Motion to amend pleadings | | | 11/30/24 |
| 3. Initial documents requests and interrogatories | | | 9/30/24 |

|  |  |  | |
|---|---|---|---|
| 4. All fact discovery to be completed (including disclosure of medical records) |  |  | 1/30/25 |
| 5. Joint status report certifying close of fact discovery and indicating whether expert discovery is needed |  |  | 2/15/25 |

Rev. 06-28-2021

| 6. Expert discovery (only if needed) *Check here if not applicable* ☐ ||||
|---|---|---|---|
| Plaintiff expert proposed field(s) of expertise: | Telephone systems and data analysis |||
| Defendant expert proposed field(s) of expertise: |  |||
|  | DONE | NOT APPLICABLE | DATE |
| a. Affirmative expert reports due |  |  | 2/30/25 |
| b. Rebuttal expert reports due |  |  | 3/30/25 |
| c. Depositions of experts to be completed |  |  | 4/30/25 |
| 7. Completion of ALL DISCOVERY (if different from C.4) |  |  | 5/30/25 |
| 8. Joint status report certifying close of ALL DISCOVERY and indicating whether dispositive motion is anticipated |  |  | 6/15/25 |
| 9. If any party seeks a **dispositive motion**, date to a. file request for pre-motion conference (if required), or b. file briefing schedule for the motion |  |  | 6/30/25 |
| 10. Proposed Joint Pre-Trial Order due (if no dispositive motion filed) |  |  | 7/30/25 |
| **D. CONSENT TO MAGISTRATE JUDGE JURISDICTION** ||||
| 1. All parties consent to Magistrate Judge jurisdiction for dispositive motions? ||| ☐ Yes<br>☐ No |
| 2. All parties consent to Magistrate Judge jurisdiction for trial? ||| ☐ Yes<br>☐ No |
| **E. COLLECTIVE ACTION AND CLASS ACTION MOTIONS ONLY** ||||
| 1. Motion for collective action certification in FLSA cases ||||
| a. Response due ||||

|  |  |  |  |
|---|---|---|---|
| b. Reply due |  |  |  |
| 2. Motion for Rule 23 class certification |  |  |  |
| a. Response due |  |  | 4/30/25 |
| b. Reply due |  |  | 5/30/25 |

**This Scheduling Order may be altered or amended only upon a showing of good cause based on circumstances not foreseeable as of the date of this order.**

SO ORDERED:

**MARCIA M. HENRY Date**
United States Magistrate Judge

Rev. 06-28-2021