UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Chance Wilson
v.
Consumer Legal Group P.C.

------------------------------------------------------------X

1:24-cv-2276

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

TO:   Opposing Counsel

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, I **ANDREW ROMAN PERRONG** will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of **PERRONG LAW LLC** and a member in good standing of State(s) of **PENNSYLVANIA**, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for _Chance Wilson_. There are no pending disciplinary proceedings against me in any state or federal court. (If there are any disciplinary proceedings, describe them.)

Dated: July 8, 2024

Respectfully submitted,

_____
Signature of Movant
Firm Name  PERRONG LAW LLC
Address  2657 MOUNT CARMEL AVE
GLENSIDE, PA 19038
Email  A@PERRONGLAW.COM
Phone  215-225-5529

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------

CHANCE WILSON

                          Plaintiff(s),

v.

Consumer Legal Group P.C.

                         Defendant(s).

-----------------------------------------------------------

1:24-cv-02276-MMH

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

I, ANDREW ROMAN PERRONG, being duly sworn, hereby depose and say as follows:

1. I am a(n) Partner with the law firm of Perrong Law LLC.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate(s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of PENNSYLVANIA.
4. There are no pending disciplinary proceedings against me in any state or federal court True
5. I Have not been convicted of a felony. If you have, please describe facts and circumstances.

6. I Have not been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.

7. Attorney Registration Number(s) if applicable: 333687
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case 1:24-cv-02276-MMH for Plaintiff Chance Wilson.

Date 7/8/24
Glenside, PA

Signature of Movant
Firm Name PERRONG LAW LLC
Address 2657 MOUNT CARMEL AVENUE
GLENSIDE, PA 19038
Email A@PERRONGLAW.COM
Phone 215-225-5529

NOTARIZED
James E. Shelton

COMMONWEALTH OF PENNSYLVANIA - NOTARY SEAL
James Everett Shelton, Notary Public
Montgomery County
My Commission Expires 12/18/2027
Commission # 1442686



## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

*Andrew Roman Perrong, Esq.*

DATE OF ADMISSION

*October 10, 2023*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated:  July 5, 2024

_____
Elizabeth E. Zisk
Chief Clerk