UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CHANCE WILSON,

                Plaintiff,                               24-cv-02276-MMH

    -    against  –                         **CERTIFICATE OF DEFAULT**

CONSUMER LEGAL GROUP P.C.
AND PHOENIX DEBT PROS, INC.

                Defendants.
-----------------------------------------------------------X

      I, Brenna B. Mahoney, Clerk of the Court of the United States District Court for the Eastern District of New York, do hereby certify that Defendant PHOENIX DEBT PROS, INC., has not filed any answer or otherwise moved with respect to the Complaint herein. The default of Defendant PHOENIX DEBT PROS, INC. is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
       July 18, 2024

                                      BRENNA B. MAHONEY, Clerk of the Court

                                      By: ___*Jalitza Poveda*_____
                                              Deputy Clerk