**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

CHANCE WILSON

           Plaintiff

vs.

CONSUMER LEGAL GROUP P.C.
AND PHOENIX DEBT PROS, INC.
      Defendants.

Case No. 1:24-cv-02276

JURY TRIAL DEMANDED

## ENTRY OF APPEARANCE

Please enter my appearance as counsel of record for Plaintiff, Chance Wilson, in the above-captioned matter.

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
*(Pro Hac Vice)*
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

1

## <u>CERTIFICATE OF SERVICE</u>

I certify that I filed the foregoing via ECF on the below date, which will automatically send a copy to all attorneys of record on the case.

Dated: September 15, 2024

<u>*/s/ Andrew Roman Perrong*</u>
Andrew Roman Perrong, Esq.
*(Pro Hac Vice)*
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com
