# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **CHANCE WILSON,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**CONSUMER LEGAL GROUP P.C. and PHOENIX DEBT PROS., INC.**<br><br>*Defendants.* | Case No. 1:24-cv-02276-MMH |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties file this Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a).

RESPECTFULLY SUBMITTED AND DATED this May 20, 2025.

| | |
|---|---|
| */s/ Andrew Roman Perrong*<br>Andrew Roman Perrong, Esq.<br>*(Pro Hac Vice)*<br>Perrong Law LLC<br>2657 Mount Carmel Avenue<br>Glenside, Pennsylvania 19038<br>Phone: 215-225-5529 (CALL-LAW)<br>Facsimile: 888-329-0305<br>a@perronglaw.com | /s/ *Jason J. Rebhun*<br>LAW OFFICES OF JASON J. REBHUN, P.C.<br>By: *Jason J. Rebhun*<br>*Attorneys for Defendant Consumer Legal Group*<br>40 Wall Street, Suite 1607<br>New York, NY 10005<br>(646) 201-9392<br>jason@jasonrebhun.com |

## CERTIFICATE OF SERVICE

I certify that I filed the foregoing via ECF on the below date, which will automatically send a copy to all attorneys of record on the case.

Dated: May 20, 2025

/s/ *Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
*(Pro Hac Vice)*
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com